

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00275-CV

---

### Brett Mundy, Jumping Jack, LLC, and McCollum-Savell Holdings, LLC, Appellants

### v.

### Donna Savell and Matthew McCollum, Appellees

---

On Appeal from the 22nd District Court
Hays County, Texas
Trial Court No. 23-1520

---

## MEMORANDUM OPINION

Appellants, Brett Mundy, Jumping Jack, LLC, and McCollum-Savell Holdings, LLC, filed this interlocutory appeal of the trial court's amended temporary injunction, but neither paid the filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code Ann. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the Judicial Panel

on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App. P. 5. On April 9, 2026, before the appeal was transferred to this Court, the Clerk of the Third Court of Appeals notified Appellants that this appeal could be dismissed if they failed to pay the filing fees by April 20, 2026. Appellants neither paid the filing fees nor otherwise responded to the Clerk's notice.

On April 9, 2026, the Clerk of the Third Court of Appeals also notified Appellants that by April 20, 2026, they must make arrangements with the trial court clerk for the clerk's record and that the appeal may be dismissed if they failed to do so. *See* Tex. R. App. P. 37.3(b); 42.3(c). On April 22, 2026, the trial court clerk notified the Third Court of Appeals that Appellants had not requested nor paid for the clerk's record to be sent to the Court of Appeals. To date, no clerk's record has been filed.

We dismiss this appeal. *See* Tex. R. App. P. 5, 37.3(b), 42.3 (c).

MARIA SALAS MENDOZA, Chief Justice

July 31, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

2